ALFRED PENN V. THE STATE.

No. 23390. Delivered June 12, 1946.
Rehearing Denied June 28, 1946.

The opinion states the case.

*Alex P. Pope,* of Tyler, for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for murder without malice, the punishment assessed being five years in the penitentiary.

The record is before us without a statement of facts, and no bills of exception which can be considered save a complaint of the refusal of a special charge. Obviously we are in no position to appraise such a complaint in the absence of a statement of facts.

The judgment is affirmed.

ON MOTION FOR REHEARING.

KRUEGER, Judge.

Appellant has filed a motion for a rehearing in which he asserts that we erred in the original disposition of this case because the opinion is contrary to the law and the facts. His motion is too general in that it does not point out wherein the opinion

468

is contrary to the law and the facts. However we have again examined the record and remain of the opinion that the case was properly disposed of on the original submission.

The motion for rehearing is therefore overruled.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.